**Order entered October 8, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00369-CV

## IN RE MICHAEL DWAIN WILLIAMS, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-00248-J**

## ORDER

Before the Court is relator's October 5, 2020 "motion requesting consideration of his properly filed petition for writ of mandamus." Relator's petition has been submitted for decision to a panel of the Court and is under review. Relator's petition will be adjudicated in due course. To the extent that relator's motion requests extraordinary procedures outside the Court's usual judicial process, the motion is **DENIED**.

/s/    LANA MYERS
       JUSTICE